# United States Bankruptcy Court

## District of Connecticut



Filed and Entered
On Docket
May 30, 2018

In re:
    Marcos A. Reis
                   Debtor*

Case Number: 18–50182 jam
Chapter: 7

U.S. Bank National Association, as Trustee, in Trust For The Registered Holders of Citigroup Mortgage Loan Trust, Asset–Backed Pass–Through Certificates, Series 2007–AHL3
Movant(s)

v.

Marcos A. Reis
Richard M. Coan, Trustee

Respondent(s)

### ORDER GRANTING RELIEF FROM AUTOMATIC STAY

       Pursuant to 11 U.S.C. §§ 362(d)(1) and (2), U.S. Bank National Association, as Trustee, in Trust For The Registered Holders of Citigroup Mortgage Loan Trust, Asset–Backed Pass–Through Certificates, Series 2007–AHL3 (the "Movant"), filed a Motion for Relief from Stay dated April 30, 2018 (the "Motion", ECF No. 18).  After notice and a hearing, *see* 11 U.S.C. § 102(1), and in compliance with the Court's Contested Matter Procedure, it appearing that the relief sought in the Motion should be granted; it is hereby

       **ORDERED:** The automatic stay provided in 11 U.S.C. § 362(a) is modified pursuant to 11 U.S.C. §§ 362(d)(1) and (2) to permit the Movant and/or their successors and assignees, to exercise their rights, if any, with respect to real property commonly known as 400–402 Lincoln Avenue, Bridgeport, Connecticut 06606, in accordance with applicable non–bankruptcy law;  and it is further

       **ORDERED:** The fourteen (14) day stay provided in Fed. R. Bankr. P. 4001(a)(3) is hereby waived.

Dated: May 30, 2018

BY THE COURT

*Julie A. Manning*
Chief United States Bankruptcy Judge
District of Connecticut

United States Bankruptcy Court
District of Connecticut
915 Lafayette Boulevard
Bridgeport, CT 06604

Tel. (203) 579–5808
VCIS* (866) 222–8029
* Voice Case Information System
http://www.ctb.uscourts.gov
Form 118 – sr

*For the purposes of this order, "Debtor" means "Debtors" where applicable.