```
                            United States Bankruptcy Court
                                District of Connecticut
In re:                                                          Case No. 18-50182-jam
Marcos A. Reis                                                  Chapter 7
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0205-5         User: srai               Page 1 of 1         Date Rcvd: May 30, 2018
                             Form ID: 118             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 01, 2018.
db             +Marcos A. Reis,    109 Parrott Avenue,    Bridgeport, CT 06606-5422

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 01, 2018                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 30, 2018 at the address(es) listed below:
              Jessica L. Braus    on behalf of Creditor    U.S. Bank National Association, as Trustee, in Trust
               For The Registered Holders of Citigroup Mortgage Loan Trust, Asset-Backed Pass-Through
               Certificates, Series 2007-AHL3 jessica@glassbraus.com,  dan@glassbraus.com
              Richard M. Coan    ct14@ecfcbis.com
              Suzanne B. Sutton    on behalf of Debtor Marcos A. Reis ssutton@cohenandwolf.com
              U. S. Trustee    USTPRegion02.NH.ECF@USDOJ.GOV
                                                                                             TOTAL: 4
```

# United States Bankruptcy Court

## District of Connecticut



Filed and Entered
On Docket
May 30, 2018

In re:
    Marcos A. Reis

                Debtor*

Case Number: 18−50182 jam
Chapter: 7

U.S. Bank National Association, as Trustee, in Trust For The Registered Holders of Citigroup Mortgage Loan Trust, Asset−Backed Pass−Through Certificates, Series 2007−AHL3
Movant(s)

v.

Marcos A. Reis
Richard M. Coan, Trustee

Respondent(s)

## ORDER GRANTING RELIEF FROM AUTOMATIC STAY

      Pursuant to 11 U.S.C. §§ 362(d)(1) and (2), U.S. Bank National Association, as Trustee, in Trust For The Registered Holders of Citigroup Mortgage Loan Trust, Asset−Backed Pass−Through Certificates, Series 2007−AHL3 (the "Movant"), filed a Motion for Relief from Stay dated April 30, 2018 (the "Motion", ECF No. 18). After notice and a hearing, *see* 11 U.S.C. § 102(1), and in compliance with the Court's Contested Matter Procedure, it appearing that the relief sought in the Motion should be granted; it is hereby

      **ORDERED:** The automatic stay provided in 11 U.S.C. § 362(a) is modified pursuant to 11 U.S.C. §§ 362(d)(1) and (2) to permit the Movant and/or their successors and assignees, to exercise their rights, if any, with respect to real property commonly known as 400−402 Lincoln Avenue, Bridgeport, Connecticut 06606, in accordance with applicable non−bankruptcy law; and it is further

      **ORDERED:** The fourteen (14) day stay provided in Fed. R. Bankr. P. 4001(a)(3) is hereby waived.

Dated: May 30, 2018

BY THE COURT

*Julie A. Manning*
Chief United States Bankruptcy Judge
District of Connecticut

United States Bankruptcy Court
District of Connecticut
915 Lafayette Boulevard
Bridgeport, CT 06604

Tel. (203) 579−5808
VCIS* (866) 222−8029
* Voice Case Information System
http://www.ctb.uscourts.gov
Form 118 − sr

*For the purposes of this order, "Debtor" means "Debtors" where applicable.